In the Matter of the Claim of MARY A. HOOD, Respondent, against JOB E. HEDGES, as Receiver of NEW YORK RAILWAYS COMPANY, Appellant.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued October 2, 1928; decided October 16, 1928 )

*Henry J. Smith* and *Ambrose Clogher* for appellant.

*Albert Ottinger, Attorney-General* (*E. C. Aiken* of counsel), for respondent.

 no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.